UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER VRINCEANU,

        Plaintiff,

   v.

KING COUNTY, *et al.*,

        Defendants.

CASE NO. 2:23-cv-00539-RSL

ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL

    This matter comes before the Court on the motion to withdraw as counsel filed by Harold H. Franklin, Jr., and Tracy Tribbett of Pacific Justice Institute. Dkt. # 13. Pursuant to LCR 83.2(b)(1), a motion to withdraw must be accompanied by a proposed order, shall be noted on the Court's calendar for consideration on the third Friday after filing, and shall include a certification that the motion was served on the client. The motion filed on December 5, 2023, does not satisfy any of these requirements and is therefore STRICKEN.

    Dated this 20th day of December, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING MOTION TO WITHDRAW AS COUNSEL - 1