UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER VRINCEANU,

          Plaintiff,

    v.

KING COUNTY, *et al*.,

          Defendants.

CASE NO. 2:23-cv-00539-RSL

ORDER STRIKING SECOND MOTION TO WITHDRAW AS COUNSEL

      This matter comes before the Court on the second motion to withdraw as counsel filed by Harold H. Franklin, Jr., and Tracy Tribbett of Pacific Justice Institute. Dkt. # 15. Pursuant to LCR 83.2(b)(1), a motion to withdraw shall be noted on the Court's calendar for consideration on the third Friday after filing and shall include a certification that the motion was served on the client. The motion filed on December 22, 2023, does not satisfy these requirements and is therefore STRICKEN.

      Dated this 16th day of January, 2024.

                                    */s/ Robert S. Lasnik*
                                    Robert S. Lasnik
                                    United States District Judge