UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER VRINCEANU,

          Plaintiff,

    v.

KING COUNTY, *et al.*,

          Defendants.

CASE NO. 2:23-cv-00539-RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    On January 16, 2024, counsel for Peter Vrinceanu filed their third motion to withdraw from the case. Dkt. # 17. Pursuant to LCR 83.2(b)(1) and LCR 7(d)(3), the Clerk of Court is directed to renote the motion to withdraw on the Court's calendar for Friday, February 2, 2024.

    DATED this 22nd day of January, 2024.

                                     /s/ Victoria Ericksen
                            Victoria Ericksen, Deputy Clerk to
                            the Honorable Robert S. Lasnik, Judge

MINUTE ORDER - 1