UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER VRINCEANU,

        Plaintiff,

    v.

KING COUNTY, *et al.*,

        Defendants.

Cause No. C23-0539RSL

ORDER GRANTING LEAVE TO WITHDRAW

    This matter comes before the Court on the third "Motion for Withdrawal" filed by attorney's Harold H. Franklin, Jr., and Tracy Tribbett. Dkt. # 17 and # 19. The duplicate motions are unopposed and therefore GRANTED. Mr. Franklin and Ms. Tribbett are no longer counsel of record for plaintiff and are hereby relieved of all duties other than transmitting the case files to plaintiff. The Clerk of Court is directed to terminate counsels' participation in this case and to include plaintiff's contact information in the docket:

    4038 162nd Ave. SE
    Bellevue, WA 98006
    (425) 736-0451
    petervauto@gmail.com

    Plaintiff is now proceeding pro se in this litigation. Unless and until he retains new

ORDER GRANTING LEAVE TO WITHDRAW - 1

counsel, he is expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 7th day of February, 2024.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2