UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER VRINCEANU,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO.  2:23-cv-00539-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STAY PENDING APPEAL OF RELATED CASE |

　　　This matter having come before the Court on "Plaintiff's Unopposed Motion to Stay Pending Appeal of Related Case" (Dkt. # 23) and defendants' notice of non-opposition (Dkt. # 24), the motion is GRANTED. All pending case deadlines are hereby STAYED.

　　　Within thirty days of the issuance of the Court of Appeals' final decision, the parties shall submit a status report stating the current status of the appeal, whether the stay should be lifted, and, if so, the parties' proposals for a new trial date.

ORDER GRANTING PLAINTIFF'S MOTION TO STAY PENDING
APPEAL OF RELATED CASE

(2:23-cv-00539-RSL) - 1

1 | Dated this 20th day of February, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO STAY PENDING
APPEAL OF RELATED CASE

(2:23-cv-00539-RSL) - 2